UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR122-031 |
| | ) | |
| RICHARD TRAVIS BARGERON | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Shawn M. Merzlak** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Shawn M. Merzlak** be granted leave of absence for the following periods: July 27, 2022 through August 2, 2022.

**SO ORDERED**, this the 11th day of July, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA