U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SEP 11 2026

FILED

I am requesting to file a Motion for Point Reduction under 821 point reduction.

CR122-031-04

Richard Bargeron
Reg # 30894-509
9-1-26

FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, S.C.
29590

Notice to Sentencing Court.

Sentencing Judge Randall Hall

Certificate of Service.

Please serve to any Intrested parties. Due to my Incarceration I have limited resources because I am Indigent.

Sincerly

Richard T. Bargeron
Register # 30894-509
9-1-26

Richard Bargeron
Reg# 30894-509
FCI williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, S.C. 29590

4 SEP 2026 PM 4 L

Thinking of You

PURPLE HEART
FOREVER USA
2019

Southern District
Federal Court Attn: Randall Hall
600 James Brown Blvd 2017
Augusta, Ga 30901

30901-235126